B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Precision Quincy Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA PQ Shelters** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-2327653** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1625 W. Lake Shore Dr.**<br>**Woodstock, IL**            ZIP Code **60098** | Street Address of Joint Debtor (No. and Street, City, and State):            ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):            ZIP Code | Mailing Address of Joint Debtor (if different from street address):            ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Precision Quincy Corp.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>  Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Precision Quincy Corp.** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

**X** **/s/ John A. Lipinsky**
Signature of Attorney for Debtor(s)

**John A. Lipinsky 6207678**
Printed Name of Attorney for Debtor(s)

**Coman & Anderson, P.C.**
Firm Name

**650 Warrenville Road**
**Suite 500**
**Lisle, IL 60532**

Address

**Email: khaskell@comananderson.com**
**630/428-2660  Fax: 630/428-2549**
Telephone Number

**August 19, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John JW Guanci III**
Signature of Authorized Individual

**John JW Guanci III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 19, 2013**
Date

</td>
<td>

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Precision Quincy Corp.**                                                    ,       Case No. _____

                                                                Debtor

                                                                        Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,497.73 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 1,188,518.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 6,497.73 | | |
| | | | Total Liabilities | 1,188,518.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Precision Quincy Corp.** _____ ,      Case No. _____

                                        Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Precision Quincy Corp.**                  ,      Case No. _____

                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re     **Precision Quincy Corp.**                                      ,        Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Community Bank** | - | 6,497.73 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **6,497.73**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---:|---:|
|  | (Total of this page) | |
|  | Total > | **6,497.73** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Precision Quincy Corp.**                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doc, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Precision Quincy Corp.**                 ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Precision Quincy Corp.**                                         , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**ALLIED ELECTRONICS <br>800 ROOSEVELT ROAD <br>BLDG. C, SUITE 320 <br>GLEN ELLYN, IL 60137** | - | | | | **Various <br>Business Expense** | | | | 190.76 |
| Account No. <br><br>**AMERICAN COMPOSITES MFG. ASSN. <br>P.O. BOX 9196 <br>UNIONDALE, VA 11555-9196** | - | | | | **Various <br>Business Expense** | | | | 2,339.00 |
| Account No. <br><br>**AMERITECH <br>BILL PAYMENT CENTER <br>CHICAGO, IL 60663-0001** | - | | | | **Various <br>Business Expense** | | | | 3,948.84 |
| Account No. <br><br>**ANDERSON LOCK <br>850 E. OAKTON STREET <br>DES PLAINES, IL 60018** | - | | | | **Various <br>Business Expense** | | | | 2,014.46 |

__24__ continuation sheets attached

| | Subtotal <br>(Total of this page) | 8,493.06 |
|---|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:35169-130620    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Precision Quincy Corp.**                                    ,      Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **APEX WIRE PRODUCTS CO INC** **9030 GAGE AVENUE** **FRANKLIN PARK, IL 60131** | - | | | Various Business Expense | | | | 797.60 |
| Account No. **ARAMARK** **AUCA ROCKFORD** **MARKET CENTER LOCKBOX 25644** **NETWORK PLAC** **ROCKFORD, IL 60673-1256** | - | | | Various Business Expense | | | | 872.55 |
| Account No. xxxxx9614 **AT&T MOBILITY** **PO BOX 6463** **CAROL STREAM, IL 60197-6463** | - | | | Various Business Expense | | | | 1,238.90 |
| Account No. **B & B ELECTRONICS** **MANUFACTURING** **707 DAYTON ROAD** **OTTAWA, IL 61350** | - | | | Various Business Expense | | | | 0.00 |
| Account No. **BASIC SERVICE TRUCKING INC.** **PO BOX 147** **MARENGO, IL 60152** | - | | | Various Business Expense | | | | 18,375.00 |

Sheet no. __1___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     21,284.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                                        ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Various Business Expense | | | | |
| BAY FABRICATION CO PO BOX 9229 GREEN BAY, WI 54308-9229 | - | | | | | | | | 14,618.24 |
| Account No. | | | | | Various Business Expense | | | | |
| BENNETT MOTOR EXPRESS, LLC PO BOX 100004 MCDONOUGH, GA 30253-9304 | - | | | | | | | | 3,020.00 |
| Account No. | | | | | Various Business Expense | | | | |
| BIG BAY LUMBER 1017 W. DIVISION CHICAGO, IL 60622 | - | | | | | | | | 1,829.00 |
| Account No. | | | | | Various Business Expense | | | | |
| BNP MEDIA  USE #5010 2401 W. BIG BEAVER RD SUITE 700 TROY, MI 48084 | - | | | | | | | | 4,764.50 |
| Account No. | | | | | Various Business Expense | | | | |
| CARBOLINE 2150 SCHUETZ ROAD ST LOUIS, MO 63146 | - | | | | | | | | 5,361.13 |

Sheet no. __2___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,592.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____,   Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CARBOLINE COMPANY**<br>**900 OPELOUSAS**<br>**LAKE CHARLES, MO 70601** | - | | Various<br>**Business Expense (alternate address for creditor)** | | | | **Unknown** |
| Account No.<br><br>**CENTRAL STEEL FABRICATORS, INC**<br>**1843 S. 54TH AVENUE**<br>**CICERO, IL 60804** | - | | Various<br>**Business Expense** | | | | **230.99** |
| Account No.<br><br>**CEP PANELS,INC.**<br>**22 E. CHICAGO AVE.**<br>**SUITE 210**<br>**NAPERVILLE, IL 60540** | - | | Various<br>**Business Expense** | | | | **1,500.00** |
| Account No.<br><br>**CHAMPION TRANSPORTATION SERVICES**<br>**200 CHAMPION WAY**<br>**NORTHLAKE, IL 60164** | - | | Various<br>**Business Expense** | | | | **737.00** |
| Account No.<br><br>**CLIMATIC CONTROL COMPANY**<br>**5061 WEST STATE STREET**<br>**MILWAUKEE, WI 53208** | - | | Various<br>**Business Expense** | | | | **340.26** |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,808.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Various Business Expense | | | | |
| **COLUMBIA PIPE & SUPPLY** 1000 Courtaulds WOODSTOCK, IL 60098 | - | | | | | | | **Unknown** |
| **Account No.** | | | | Various Business Expense | | | | |
| **COLUMBIA PIPE & SUPPLY** 60 Ann St ELGIN, IL 60120 | - | | | | | | | **46.01** |
| **Account No.** | | | | Various Business Expense | | | | |
| **COLUMBIA PIPE & SUPPLY CO** 5730 COLUMBIA PARKWAY ROCKFORD, IL 61108 | - | | | | | | | **Unknown** |
| **Account No.** | | | | Various Business Expense | | | | |
| **COLUMBIA PIPE&SUPPLY/MOTT BROTHERS** 907 South Main Street ROCKFORD, IL 61105-0384 | - | | | | | | | **Unknown** |
| **Account No.** | | | | Various Business Expense McHenry County Suit 13 AR 91 Judgment 6/2013 | | | | |
| **CRESCENT ELECTRIC SUPPLY** 812 N. MILL STREET MCHENRY, IL 60050 | | | | | | | | **31,759.00** |

Sheet no. __4___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,805.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.**                                         ,      Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| CSC PUBLISHING INC. 1155 NORTHLAND DRIVE ST. PAUL, MN 55120 | - | | | | | | | 1,640.00 |
| Account No. | | | | Various Business Expense | | | | |
| DANTHERM AIR HANDLING 110 CORPORATE DRIVE SUITE K SPARTANBURG, SC 29303 | - | | | | | | | 935.00 |
| Account No. | | | | Various Business Expense | | | | |
| DELTA COATINGS 1529 N. 31ST AVENUE MELROSE PARK, IL 60160 | - | | | | | | | 780.00 |
| Account No. | | | | Various Business Expense | | | | |
| DREISILKER ELECTRIC MOTORS INC 4012 W MAIN STREET MCHENRY, IL 60050 | - | | | | | | | 2,226.81 |
| Account No. | | | | Various Business Expense | | | | |
| EK SYSTEMS, INC 1485G LANDMEIER ROAD ELK GROVE VILLAGE, IL 60007 | - | | | | | | | 516.15 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,097.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| ELSEVIER PUBLIC SAFETY 525 B STREET STE. 1800 SAN DIEGO, CA 00091-2101 | - | | | | | | | 300.00 |
| Account No. | | | | Various Business Expense | | | | |
| ENCOMPASS GAS GROUP, INC. 1050 NIMCO DR CRYSTAL LAKE, IL 60014 | - | | | | | | | 11,969.59 |
| Account No. | | | | Various Business Expense | | | | |
| ENGLEWOOD ELECTRICAL SUPPLY 2401 INTERNATIONALE WOODRIDGE, IL 60517 | - | | | | | | | 9,330.74 |
| Account No. | | | | Various Business Expense | | | | |
| EPICOR SOFTWARE CORP. 18200 VON KARMAN AVENUE SUITE 1000 IRVINE, CA 92612 | - | | | | | | | 4,440.00 |
| Account No. | | | | Various Business Expense | | | | |
| ERICO INTERNATIONAL 34600 SOLON ROAD SOLON, OH 44139 | - | | | | | | | 8,943.23 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       34,983.56

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ESTES EXPRESS LINES`**<br>**PO BOX 25612**<br>**RICHMOND, VA 23260-5612** | - | | | Various<br>Business Expense | | | | 870.37 |
| Account No.<br><br>**ETS EQUIPMENT CO., INC.**<br>**408 PLAINFIELD ROAD**<br>**DARIEN, IL 60561-4208** | - | | | Various<br>Business Expense | | | | 243.90 |
| Account No.<br><br>**EXCEL GRAPHICS & PROMOTIONS**<br>**1440 HICKS ROAD**<br>**SUITE B**<br>**ROLLING MEADOWS, IL 60008** | - | | | Various<br>Business Expense | | | | 416.81 |
| Account No.<br><br>**EZ AUTOMATION**<br>**4140 UTICA RIDGE ROAD**<br>**BETTENDORF, IA 52722** | - | | | Various<br>Business Expense | | | | 1,499.00 |
| Account No.<br><br>**FACTORY CLEANING EQUIPMENT**<br>**1578 BEVERLY COURT**<br>**UNIT A**<br>**AURORA, IL 60502** | - | | | Various<br>Business Expense | | | | 28.47 |

Sheet no. __7___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,058.55**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Precision Quincy Corp.**                                              ,          Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FASTENAL COMPANY** <br> **PO BOX 978** <br> **2302 S. EASTWOOD DRIVE** <br> **WOODSTOCK, IL 60098** | - | | | **Various** <br> **Business Expense** | | | | 18,384.04 |
| Account No. <br><br> **FASTENERS, INC.** <br> **a/k/a Dee & Bee Fsasteners** <br> **207 EISENHOWER LANE SOUTH** <br> **LOMBARD, IL 60148** | - | | | **Various** <br> **Business Expense** | | | | 3,798.00 |
| Account No. <br><br> **FEDBID, INC.** <br> **PO BOX 347861** <br> **PITTSBURGH, PA 15251-4861** | - | | | **Various** <br> **Business Expense** | | | | 1,620.00 |
| Account No. <br><br> **FEDEX FREIGHT** <br> **4103 COLLECTION CENTER DR** <br> **CHICAGO, IL 60693** | - | | | **Various** <br> **Business Expense, in collection with Synter Resource Group, LLC** | | | | 223.25 |
| Account No. <br><br> **FIRE & SAFETY** <br> **2420 HARRISON AVENUE** <br> **ROCKFORD, IL 61108** | - | | | **Various** <br> **Business Expense** | | | | 1,052.67 |

Sheet no. __8___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,077.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GARDNER PUBLICATION/COMPOSITES**<br>**6915 VALLEY AVENUE**<br>**CINCINNATI, OH 45244** | - | | **Various**<br>**Business Expense** | | | | 8,823.00 |
| Account No.<br><br>**GOOGLE INC**<br>**1600 AMPHITHEATRE PARKWAY**<br>**MOUNTAIN VIEW, CA 94043-1351** | - | | **Various**<br>**Business Expense** | | | | 3,304.08 |
| Account No.<br><br>**GREENTREE LOGISTICS, INC**<br>**DEPARTMENT 1104**<br>**PITTSBURGH, PA 15264-1104** | - | | **Various**<br>**Business Expense** | | | | 18,260.00 |
| Account No.<br><br>**HONEYWELL INC**<br>**525 E. MARKET STREET**<br>**YORK, PA 17403** | - | | **Various**<br>**Business Expense** | | | | 1,365.58 |
| Account No.<br><br>**HSBC BUSINESS SOLUTIONS**<br>**PO BOX 5219**<br>**CAROL STREAM, IL 60197-5219** | - | | **Various**<br>**Business Expense** | | | | 1,812.79 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,565.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                      ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                                                  ICW INSURANCE GROUP 7234 W. NORTH AVE. ELMWOOD PARK, IL 60707 | - | | | | Various Business Expense | | | | 10,328.56 |
| Account No.                                                  INK SMITH INC 3352 N. MILWAUKEE AVE CHICAGO, IL 60641-4004 | - | | | | Various Business Expense | | | | 138.00 |
| Account No.                                                  JESSE WHITE SECRETARY OF STATE 501 S 2ND ST ROOM 591 SPRINGFIELD, IL 62756-7200 | - | | | | Various Business Expense | | | | 225.00 |
| Account No.                                                  JMS SOUTHEAST, INC. 105 TEMPERATURE LANE STATESVILLE, NC 28677-6166 | - | | | | Various Business Expense | | | | 3,477.10 |
| Account No.                                                  KASON CENTRAL 88889 WHITNEY DRIVE LEWIS CENTER, OH 43035 | - | | | | Various Business Expense | | | | 106.62 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,275.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| LAND MARK PRINTING CO 327 S WINNEBAGO STREET ROCKFORD, IL 31105 | - | | | | | | | 354.64 |
| Account No. | | | | Various Business Expense | | | | |
| LEO J MAHONEY CO 8205 ESTATES PARKWA SUITE Q PLAIN CITY, OH 43064 | - | | | | | | | 109.80 |
| Account No. | | | | Various Business Expense | | | | |
| LIEBERT C/O ZONATHERM PRODUCTS, IN 251 HOLBROOK DRIVE WHEELING, IL 60090 | - | | | | | | | 9,475.00 |
| Account No. | | | | Various Business Expense Winnebago Co. lawsuit 13 AR 69 Judgment entered 6/2013 | | | | |
| LIEBOVICH STEEL & ALUMINUM CO 2116 PRESTON STREET ROCKFORD, IL 61101 | - | | | | | | | 42,515.00 |
| Account No. | | | | Various Business Expense | | | | |
| LOCKING SYSTEMS INTERNATIONAL 6025 CINDERLANE PARKWAY ORLANDO, FL 32810-4754 | - | | | | | | | 441.14 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,895.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MARENGO DISPOSAL COMPANY**<br>**1050 GREENLEE STREET**<br>**MARENGO, IL 60152-8246** | - | | **Various**<br>**Business Expense** | | | | 1,299.70 |
| Account No.<br><br>**MARVAIR, DIV OF AIRCEL, IN**<br>**156 SEEDLING DRIVE**<br>**CORDELE, GA 31015** | - | | **Various**<br>**Business Expense** | | | | 17,418.00 |
| Account No.<br><br>**MCGLADREY & PULLEN, LLP**<br>**20 N MARTINGALE RD, STE 500**<br>**SCHAUMBURG, IL 60173-2420** | - | | **Various**<br>**Business Expense** | | | | 5,000.00 |
| Account No.<br><br>**MCMASTER CARR**<br>**600 COUNTY LINE ROAD**<br>**ELMHURST, IL 60126-2081** | - | | **Various**<br>**Business Expense** | | | | 2,691.12 |
| Account No.<br><br>**MEP ASSOCIATES**<br>**709 CRANBERRY CT**<br>**AVON LAKE, OH 44012** | - | | **Various**<br>**Business Expense** | | | | 1,670.74 |

Sheet no. __12__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              28,079.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Precision Quincy Corp.**                                             ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>MID AMERICA VACUUM CENTERS<br>6221 NORTHWEST HIGHWAY<br>CRYSTAL LAKE, IL 60014 | - | | Various<br>Business Expense | | | | 3,489.84 |
| Account No.<br><br>MIDCO INTERNATIONAL, INC.<br>4140 WEST VICTORIA STREET<br>CHICAGO, IL 60646-6727 | - | | Various<br>Business Expense | | | | 915.90 |
| Account No.<br><br>MIDWEST PIPE & STEEL<br>323 EAST BERRY STREET<br>FORT WAYNE, IN 46802 | - | | Various<br>Business Expense | | | | 32,004.63 |
| Account No.<br><br>Modular Space Corporation<br>c/o Holstrom & Kennedy, PC<br>800 N. Church St.<br>Rockford, IL 61105 | - | | 2012<br>Breach of Contract judgment entered 8/7/13<br>Northern District of Illinois, Western Division<br>case No. 13-cv-50164 | | | X | 434,096.00 |
| Account No.<br><br>MOUNTAIN STATES IND'L CONTRACTORS<br>10180 BRIGHTON RD.<br>HENDERSON, CO 80640 | - | | Various<br>Business Expense | | | | 2,488.18 |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    472,994.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                                ,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| NATIONAL ASSOC. OF TOWER ERECTORS 8 SECOND STREET SE WATERTOWN, SD 57201-3624 | - | | | | | | | 1,456.00 |
| Account No. | | | | Various Business Expense | | | | |
| NEDCO ELECTRONICS 505 CHADDICK DRIVE WHEELING, IL 60090 | - | | | | | | | 1,792.16 |
| Account No. | | | | Various Business Expense | | | | |
| NEWARK ELECTRONICS 1919 S HIGHLAND A-320 LOMBARD, IL 60148 | - | | | | | | | 164.16 |
| Account No. | | | | Various Business Expense | | | | |
| NU-WAY INDUSTRIES, INC. 555 HOWARD AVENUE DES PLAINES, IL 60018-1981 | - | | | | | | | 5,565.75 |
| Account No. | | | | Various Business Expense | | | | |
| NUDO PRODUCTS, INC. 1500 TAYLOR AVENUE SPRINGFIELD, IL 62703 | - | | | | | | | 2,377.74 |

Sheet no. __14__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   11,355.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| O'REILLY AUTO PARTS PO BOX 790098 ST. LOUIS, MO 63179-0098 | - | | | | | | | 150.70 |
| Account No. | | | | Various Business Expense, in collection with AG Adjustments | | | X | |
| OLDCASTLE PRECAST 2367 OLD POST ROAD NILES, MI 49120 | - | | | | | | | 151,342.00 |
| Account No. | | | | Various Business Expense | | | | |
| OLSEN SAFETY EQUIPMENT 2120 AIRPORT ROAD WAUKESHA, WI 53188 | - | | | | | | | 1,547.87 |
| Account No. | | | | Various Business Expense | | | | |
| PANDATA CORPORATION 7108 S. ALTON WAY, BUILDING H CENTENNIAL, CO 80112-2123 | - | | | | | | | 1,650.00 |
| Account No. | | | | Various Business Expense | | | | |
| PEET FRATE LINES, INC PO BOX 1129 WOODSTOCK, IL 60098 | - | | | | | | | 965.17 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        155,655.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.** _____ ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various | | | | |
| PENNWELL CORPORATION 1421 S. SHERIDAN ROAD TULSA, OK 74112 | - | | | Business Expense | | | | 0.01 |
| Account No. | | | | Various | | | | |
| PENNWELL CORPORATION POWER-GEN INTERNATIONAL 2005 1421 SOUTH SHERIDAN RD. TULSA, OK 74112 | - | | | Business Expense | | | | 2,006.00 |
| Account No. | | | | Various | | | | |
| POWER PROTECTION PRODUCTS, INC. 1207 SOUTH 75TH STREET OMAHA, NE 68124 | - | | | Business Expense | | | | 785.00 |
| Account No. | | | | Various | | | | |
| PRIMUS ELECTRONICS 4180 E. SAND RIDGE ROAD MORRIS, IL 60450 | - | | | Business Expense | | | | 550.54 |
| Account No. | | | | Various | | | | |
| PROGRESSIVE ENGINEERING INC 58640 STATE ROAD 15 GOSHEN, IN 46528 | - | | | Business Expense | | | | 1,200.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,541.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Precision Quincy Corp.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Business Expense | | | | |
| PYRAMID1 INC. PO BOX 463 19260 C.R. 46 NEW PARIS, IN 46553 | - | | | | | | | 4,494.59 |
| Account No. | | | | Various Business Expense | | | | |
| RAILWAY AGE 20 SOUTH CLARK STREET SUITE 1910 CHICAGO, IL 60603 | - | | | | | | | Unknown |
| Account No. | | | | Various Business Expense | | | | |
| RENAISSANCE FASTENERS 2740 WEST WASHINGTON BLVD. UNIT B BELLWOOD, IL 60104 | - | | | | | | | 16,246.94 |
| Account No. | | | | | | | | |
| Rockford Welding 4646 Linden Rd. Rockford, IL 61109 | - | | | | | | | Unknown |
| Account No. | | | | Various Business Expense | | | | |
| ROOFOPTIONS, LLC 5712 WEATHERSTONE WAY JOHNSBURG, IL 60051 | - | | | | | | | 845.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,586.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RSM MCGLADREY, INC** <br> **20 N MARTINGALE RD, STE 500** <br> **SCHAUMBURG, IL 60173-2420** | - | | **Various** <br> **Business Expense** | | | | **Unknown** |
| Account No. **Midco Burners** <br><br> **RTC SOLUTIONS, INC.** <br> **3300 SW 46TH AVE.** <br> **UNIT #2** <br> **DAVIE, IL 33314** | - | | **Various** <br> **Business Expense (rep. company for Midco Burners)** | | | | **1,823.84** |
| Account No. <br><br> **SALVAGNINI AMERICA,INC** <br> **27 BICENTENNIAL COURT** <br> **HAMILTON, OH 45015** | - | | **Various** <br> **Business Expense** | | | | **2,499.00** |
| Account No. <br><br> **SAMPE** <br> **1161 PARK VIEW DRIVE** <br> **SUITE 200** <br> **COVINA, CA 91724-3751** | - | | **Various** <br> **Business Expense** | | | | **3,179.00** |
| Account No. <br><br> **SBC LONG DISTANCE** <br> **PO BOX 660688** <br> **DALLAS, TX 75266-0688** | - | | **Various** <br> **Business Expense** | | | | **461.16** |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,963.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SHERWIN WILLIAMS**<br>**5111 N. DANSHER ROAD**<br>**COUNTRYSIDE, IL 60525-6905** | - | | **Various**<br>**Business Expense** | | | | **15,704.03** |
| Account No.<br><br>**SIERRA PACIFIC**<br>**3144 E. MARIA STREET**<br>**RANCHO DOMINGUEZ, CA 90221** | - | | **Various**<br>**Business Expense** | | | | **1,382.29** |
| Account No.<br><br>**SIGMATEK SYSTEMS, LLC**<br>**1445 KEMPER MEADOW DRIVE**<br>**CINCINNATI, OH 45240** | - | | **Various**<br>**Business Expense** | | | | **3,544.50** |
| Account No.<br><br>**SIMMONS-BOARDMAN PUBLISHING**<br>**CORP.**<br>**20 S. CLARK STREET**<br>**SUITE 2450**<br>**CHICAGO,, IL 60603** | - | | **Various**<br>**Business Expense** | | | | **5,686.50** |
| Account No.<br><br>**SKOL MANUFACTURING**<br>**4444 N. RAVENSWOOD AVENUE**<br>**CHICAGO, IL 60640** | - | | **Various**<br>**Business Expense** | | | | **3,647.00** |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,964.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Precision Quincy Corp.**                                          ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| SMITH, ARTHUR DAVID P.O. BOX 696 SUNAPEE, NH 03872 | - | | Business Expense | | | | 13,341.60 |
| Account No. | | | Various | | | | |
| SPECIALTY ROLLED METALS 457 ST.PAUL BLVD. CAROL STREAM, IL 60188 | - | | Business Expense | | | | 14,267.95 |
| Account No. | | | Various | | | | |
| SPRINGS MAGAZINE 2001 MIDWEST ROAD SUITE 106 OAK BROOK, IL 60523-1335 | - | | Business Expense | | | | 912.90 |
| Account No. | | | Various | | | | |
| STAN'S OFFICE MACHINES INC 1375 W EASTWOOD DRIVE PO BOX 1249 WOODSTOCK, IL 60098 | - | | Business Expense | | | | 168.00 |
| Account No. | | | Various | | | | |
| STEINER ELECTRIC COMPANY 4210 GROVE AVENUE GURNEE, IL 60031 | - | | Business Expense | | | | Unknown |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         28,690.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>STEINER ELECTRIC COMPANY<br>5902 MATERIAL AVENUE<br>ROCKFORD, IL 61130 | - | | Various<br>Business Expense | | | | Unknown |
| Account No.<br><br>STEINER ELECTRIC COMPANY<br>1250 TOUHY AVENUE<br>ELK GROVE VILLAGE, IL 60007 | - | | Various<br>Business Expense | | | | 44,000.00 |
| Account No.<br><br>SUPERIOR CRANE CORPORATION<br>208 WILMONT DRIVE<br>WAUKESHA, WI 53189 | - | | Various<br>Business Expense | | | | 730.00 |
| Account No. 16873195-1302<br><br>Synter Resource Group LLC<br>POB 1041<br>Ashland, VA 23005-4041 | - | | NOTICE ONLY<br>Collection agent for FedEx Freight Systems<br>claim $518.66 | | | X | Unknown |
| Account No.<br><br>TAPEWORKS<br>2285 AVENUE A<br>BETHLEHEM, PA 18017 | - | | Various<br>Business Expense | | | | 769.44 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,499.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                     **TDS DOOR** **27992 W. IL HWY 120** **UNIT 132** **LAKEMOOR, IL 60051** | - | | | Various Business Expense | | | | 949.25 |
| Account No.                                                     **THE WIPER CONNECTION** **24 BISHOPS FOREST DRIVE** **WALTHAM, MA 02452** | - | | | Various Business Expense | | | | 117.25 |
| Account No.                                                     **THOMASNET** **FIVE PENN PLAZA** **NEW YORK, NY 10001** | - | | | Various Business Expense | | | | 8,733.72 |
| Account No.                                                     **THYSSEN DOVER ELEVATOR CO** **355 EISENHOWER LANE SOUTH** **LOMBARD, IL 60148** | - | | | Various Business Expense | | | | 2,037.41 |
| Account No.                                                     **TRANSTECTOR SYSTEMS INC** **10701 AIRPORT DRIVE** **HAYDEN LAKE, ID 83835** | - | | | Various Business Expense | | | | 194.59 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 12,032.22 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Precision Quincy Corp.**                                ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.  **U.S. ARCHITECTURAL PRODUCTS** P.O. BOX 1914 FAIRVIEW, NC 28730 | - | | | Various Business Expense | | | | 78,920.00 |
| Account No.  **U.S. IGNITION** P.O. BOX 85 224 N. MAIN CHADWICK, IL 61014 | - | | | Various Business Expense | | | | 177.50 |
| Account No.  **UNDERWRITERS LABORATORIES INC** 333 PFINGSTEN ROAD NORTHBROOK, IL 60062 | - | | | Various Business Expense | | | | 1,340.00 |
| Account No.  **UNITED PARCEL SERVICE** PO BOX 505820 THE LAKES, NV 88905-5820 | - | | | Various Business Expense | | | | 483.92 |
| Account No. 801882929  **Wholesale Collectors Association** POB 48146 Niles, IL 60714 | - | | | NOTICE ONLY Collection agent for WW Grainger, Inc., claim $4,717.31 | | | X | Unknown |

Sheet no. __23__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    80,921.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Precision Quincy Corp.** , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> WIESER CONCRETE PRODUCTS, INC. <br> W3716 HIGHWAY 10 <br> MAIDEN ROCK, WI 54750 | - | | Various <br> Business Expense | | | | 8,200.00 |
| Account No. <br><br> WOODSTOCK LUMBER COMPANY <br> 1101 LAKE AVENUE <br> WOODSTOCK, IL 60098 | - | | Various <br> Business Expense | | | | 1,368.00 |
| Account No. <br><br> WOOLF DISTRIBUTING <br> 8550 RIDGEFIELD ROAD <br> CRYSTAL LAKE, IL 60012 | - | | Various <br> Business Expense | | | | 5,000.00 |
| Account No. <br><br> WORKING WORLD INC <br> PO BOX 1768 <br> CRYSTAL LAKE, IL 60014-1768 | - | | Various <br> Business Expense <br> McHenry small claims judgment <br> 13 SC 815 | | | | 6,010.61 |
| Account No. <br><br> WW GRAINGER INC <br> 475 EAST ALGONQUIN ROAD <br> ARLINGTON HEIGHTS, IL 60005 | - | | Various <br> Business Expense, in collection with <br> Wholesale Collectors Association | | | | 4,717.31 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 25,295.92 |
| Total <br> (Report on Summary of Schedules) | | 1,188,518.09 |

B6G (Official Form 6G) (12/07)

.

In re   **Precision Quincy Corp.**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Precision Quincy Corp.**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Precision Quincy Corp.**                                            Case No.
                                        Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 19, 2013**                        Signature    **/s/ John JW Guanci III**
                                                                **John JW Guanci III**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Precision Quincy Corp.**
Debtor(s)

Case No.
Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2013 YTD** |
| **$-2,005,647.00** | **2012 - business operations ($4,903,261 less COGS and business expenses)** |
| **$-1,147,116.00** | **2011 - business operations ($10,039,122 gross less COGS business expenses)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **TAB Bank** | **1/14/2013** | **$260,000.00** | **$0.00** |
| **American Community Bank** | **1/14/2013** | **$160,000.00** | **$0.00** |
| **321 Capital Partners** | **1/14/2013** | **$68,800.00** | **$0.00** |
| **Austin Westrand** | **1/14/2013** | **$6,500.00** | **$0.00** |
| **RSM McGladrey, Inc.** | | **$21,500.00** | **$0.00** |
| **Englewood Electrical Supply** | **1/14/2013** | **$4,700.00** | **$0.00** |

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Crescent Electric Supply Co. v. PrecisionQuincy Corp.**<br>**13 AR 91** | **Account stated** | **McHenry Co., Illinois** | **Judgment**<br>**6/2013**<br>**$31,759** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Working World, Inc. v. Precision Quincy Corp.** **13 SC 815** | **Breach of Contract** | **McHenry Co., IL** | **Judgment entered 6/12/2013 $6,016.61 ($4941.90 plus $1068.75 atty fees)** |
| **Liebovich Bros, Inc. v. Precision Quincy Corp.** **13 AR 69** | **Breach of Contract** | **Winnebago Co., IL** | **Judgment 6/2013, $42,516 plus costs** |
| **Modular Space Corporation v. Precision Quincy Corporation** **Case No. 13-cv-50164** | **Breach of Contract, Quantum Meruit and Conversion** | **Northern District of Illinois, Western Division** | **Judgment 8/7/13 $434,096** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Coman & Anderson, P.C.**<br>**650 Warrenville Road**<br>**Suite 500**<br>**Lisle, IL 60532** | **4/24/13** | **$7,500 (includes filing fee)** |

### 10. Other transfers

None ■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Precision Quincy Corp.** | 36-2327653 | closed | Manufacturing | 3/1956 - 1/2013 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **McGladrey LLP**<br>**20 N. Martingale Rd.**<br>**Ste. 500**<br>**Schaumburg, IL 60173** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John  JW Guanci III**<br>**2036 Olmstead Dr.**<br>**Woodstock, IL 60098** | **President** | **100%** |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 19, 2013**                    Signature    **/s/ John JW Guanci III**
                                                          **John JW Guanci III**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Precision Quincy Corp.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................... $                **7,194.00**

    Prior to the filing of this statement I have received ............................... $                **7,194.00**

    Balance Due ................................................................................... $                **0.00**

2.  $  **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **August 19, 2013**

**/s/ John A. Lipinsky**
**John A. Lipinsky 6207678**
**Coman & Anderson, P.C.**
**650 Warrenville Road**
**Suite 500**
**Lisle, IL 60532**
**630/428-2660  Fax: 630/428-2549**
**khaskell@comananderson.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Precision Quincy Corp.**        Case No.

             Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:             **134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 19, 2013**          **/s/ John JW Guanci III**

                                          **John JW Guanci III/President**
                                          Signer/Title

AGA Ltd.
AG Adjustments
PO Box 9090
Melville, NY 11747


ALLIED ELECTRONICS
800 ROOSEVELT ROAD
BLDG. C, SUITE 320
GLEN ELLYN, IL 60137


AMERICAN COMPOSITES MFG. ASSN.
P.O. BOX 9196
UNIONDALE, VA 11555-9196


AMERITECH
BILL PAYMENT CENTER
CHICAGO, IL 60663-0001


Ameritech
Bankruptcy Dept.
PO box 769
Arlington, TX 76004


ANDERSON LOCK
850 E. OAKTON STREET
DES PLAINES, IL 60018


APEX WIRE PRODUCTS CO INC
9030 GAGE AVENUE
FRANKLIN PARK, IL 60131


ARAMARK
AUCA ROCKFORD
MARKET CENTER LOCKBOX 25644 NETWORK PLAC
ROCKFORD, IL 60673-1256


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


B & B ELECTRONICS MANUFACTURING
707 DAYTON ROAD
OTTAWA, IL 61350

BASIC SERVICE TRUCKING INC.
PO BOX 147
MARENGO, IL 60152


BAY FABRICATION CO
PO BOX 9229
GREEN BAY, WI 54308-9229


BENNETT MOTOR EXPRESS, LLC
PO BOX 100004
MCDONOUGH, GA 30253-9304


BIG BAY LUMBER
1017 W. DIVISION
CHICAGO, IL 60622


BNP MEDIA  USE #5010
2401 W. BIG BEAVER RD
SUITE 700
TROY, MI 48084


CARBOLINE
2150 SCHUETZ ROAD
ST LOUIS, MO 63146


CARBOLINE COMPANY
900 OPELOUSAS
LAKE CHARLES, MO 70601


CENTRAL STEEL FABRICATORS, INC
1843 S. 54TH AVENUE
CICERO, IL 60804


CEP PANELS,INC.
22 E. CHICAGO AVE.
SUITE 210
NAPERVILLE, IL 60540


CHAMPION TRANSPORTATION SERVICES
200 CHAMPION WAY
NORTHLAKE, IL 60164


CLIMATIC CONTROL COMPANY
5061 WEST STATE STREET
MILWAUKEE, WI 53208

COLUMBIA PIPE & SUPPLY
1000 Courtaulds
WOODSTOCK, IL 60098


COLUMBIA PIPE & SUPPLY
60 Ann St
ELGIN, IL 60120


COLUMBIA PIPE & SUPPLY CO
5730 COLUMBIA PARKWAY
ROCKFORD, IL 61108


COLUMBIA PIPE&SUPPLY/MOTT BROTHERS
907 South Main Street
ROCKFORD, IL 61105-0384


Confidental Credit Consultants Corp
1021 Aurora Ave.
Naperville, IL 60540


CRESCENT ELECTRIC SUPPLY
812 N. MILL STREET
MCHENRY, IL 60050


CSC PUBLISHING INC.
1155 NORTHLAND DRIVE
ST. PAUL, MN 55120


DANTHERM AIR HANDLING
110 CORPORATE DRIVE
SUITE K
SPARTANBURG, SC 29303


DELTA COATINGS
1529 N. 31ST AVENUE
MELROSE PARK, IL 60160


DREISILKER ELECTRIC MOTORS INC
4012 W MAIN STREET
MCHENRY, IL 60050


EK SYSTEMS, INC
1485G LANDMEIER ROAD
ELK GROVE VILLAGE, IL 60007

ELSEVIER PUBLIC SAFETY
525 B STREET
STE. 1800
SAN DIEGO, CA 00091-2101


ENCOMPASS GAS GROUP, INC.
1050 NIMCO DR
CRYSTAL LAKE, IL 60014


ENGLEWOOD ELECTRICAL SUPPLY
2401 INTERNATIONALE
WOODRIDGE, IL 60517


EPICOR SOFTWARE CORP.
18200 VON KARMAN AVENUE
SUITE 1000
IRVINE, CA 92612


ERICO INTERNATIONAL
34600 SOLON ROAD
SOLON, OH 44139


ESTES EXPRESS LINES`
PO BOX 25612
RICHMOND, VA 23260-5612


ETS EQUIPMENT CO., INC.
408 PLAINFIELD ROAD
DARIEN, IL 60561-4208


EXCEL GRAPHICS & PROMOTIONS
1440 HICKS ROAD
SUITE B
ROLLING MEADOWS, IL 60008


EZ AUTOMATION
4140 UTICA RIDGE ROAD
BETTENDORF, IA 52722


FACTORY CLEANING EQUIPMENT
1578 BEVERLY COURT
UNIT A
AURORA, IL 60502

FASTENAL COMPANY
PO BOX 978
2302 S. EASTWOOD DRIVE
WOODSTOCK, IL 60098


FASTENERS, INC.
a/k/a Dee & Bee Fsasteners
207 EISENHOWER LANE SOUTH
LOMBARD, IL 60148


FEDBID, INC.
PO BOX 347861
PITTSBURGH, PA 15251-4861


FEDEX FREIGHT
4103 COLLECTION CENTER DR
CHICAGO, IL 60693


FIRE & SAFETY
2420 HARRISON AVENUE
ROCKFORD, IL 61108


GARDNER PUBLICATION/COMPOSITES
6915 VALLEY AVENUE
CINCINNATI, OH 45244


GOOGLE INC
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA 94043-1351


GREENTREE LOGISTICS, INC
DEPARTMENT 1104
PITTSBURGH, PA 15264-1104


HONEYWELL INC
525 E. MARKET STREET
YORK, PA 17403


HSBC BUSINESS SOLUTIONS
PO BOX 5219
CAROL STREAM, IL 60197-5219


ICW INSURANCE GROUP
7234 W. NORTH AVE.
ELMWOOD PARK, IL 60707

INK SMITH INC
3352 N. MILWAUKEE AVE
CHICAGO, IL 60641-4004


James P. Zieler
Stone Pogrund & Korey LLC
1 E Wacker Dr., Ste. 2610
Chicago, IL 60601


JESSE WHITE SECRETARY OF STATE
501 S 2ND ST ROOM 591
SPRINGFIELD, IL 62756-7200


JMS SOUTHEAST, INC.
105 TEMPERATURE LANE
STATESVILLE, NC 28677-6166


KASON CENTRAL
88889 WHITNEY DRIVE
LEWIS CENTER, OH 43035


LAND MARK PRINTING CO
327 S WINNEBAGO STREET
ROCKFORD, IL 31105


LEO J MAHONEY CO
8205 ESTATES PARKWA
SUITE Q
PLAIN CITY, OH 43064


LIEBERT C/O ZONATHERM PRODUCTS, IN
251 HOLBROOK DRIVE
WHEELING, IL 60090


LIEBOVICH STEEL & ALUMINUM CO
2116 PRESTON STREET
ROCKFORD, IL 61101


LOCKING SYSTEMS INTERNATIONAL
6025 CINDERLANE PARKWAY
ORLANDO, FL 32810-4754


MARENGO DISPOSAL COMPANY
1050 GREENLEE STREET
MARENGO, IL 60152-8246

MARVAIR, DIV OF AIRCEL, IN
156 SEEDLING DRIVE
CORDELE, GA 31015


Matthew M Hervin
Hinshaw & Culbertson LLP
100 Park ave.,
Rockford, IL 61105


MCGLADREY & PULLEN, LLP
20 N MARTINGALE RD, STE 500
SCHAUMBURG, IL 60173-2420


MCMASTER CARR
600 COUNTY LINE ROAD
ELMHURST, IL 60126-2081


MEP ASSOCIATES
709 CRANBERRY CT
AVON LAKE, OH 44012


MID AMERICA VACUUM CENTERS
6221 NORTHWEST HIGHWAY
CRYSTAL LAKE, IL 60014


MIDCO INTERNATIONAL, INC.
4140 WEST VICTORIA STREET
CHICAGO, IL 60646-6727


MIDWEST PIPE & STEEL
323 EAST BERRY STREET
FORT WAYNE, IN 46802


Modular Space Corporation
c/o Holstrom & Kennedy, PC
800 N. Church St.
Rockford, IL 61105


Modular Space Corporation
c/o Stoll, Keenon Ogden, PLLC
500 West Jefferson St., 2000 PNC PZ
Louisville, KY 40202

Modular Space Corporation
c/o Holmstrom & Kennedy PC
800 N. Church St.
Rockford, IL 61105


MOUNTAIN STATES IND'L CONTRACTORS
10180 BRIGHTON RD.
HENDERSON, CO 80640


NATIONAL ASSOC. OF TOWER ERECTORS
8 SECOND STREET SE
WATERTOWN, SD 57201-3624


NEDCO ELECTRONICS
505 CHADDICK DRIVE
WHEELING, IL 60090


NEWARK ELECTRONICS
1919 S HIGHLAND A-320
LOMBARD, IL 60148


NU-WAY INDUSTRIES, INC.
555 HOWARD AVENUE
DES PLAINES, IL 60018-1981


NUDO PRODUCTS, INC.
1500 TAYLOR AVENUE
SPRINGFIELD, IL 62703


O'REILLY AUTO PARTS
PO BOX 790098
ST. LOUIS, MO 63179-0098


OLDCASTLE PRECAST
2367 OLD POST ROAD
NILES, MI 49120


OLSEN SAFETY EQUIPMENT
2120 AIRPORT ROAD
WAUKESHA, WI 53188


PANDATA CORPORATION
7108 S. ALTON WAY, BUILDING H
CENTENNIAL, CO 80112-2123

PEET FRATE LINES, INC
PO BOX 1129
WOODSTOCK, IL 60098


PENNWELL CORPORATION
1421 S. SHERIDAN ROAD
TULSA, OK 74112


PENNWELL CORPORATION
POWER-GEN INTERNATIONAL 2005
1421 SOUTH SHERIDAN RD.
TULSA, OK 74112


POWER PROTECTION PRODUCTS, INC.
1207 SOUTH 75TH STREET
OMAHA, NE 68124


PRIMUS ELECTRONICS
4180 E. SAND RIDGE ROAD
MORRIS, IL 60450


PROGRESSIVE ENGINEERING INC
58640 STATE ROAD 15
GOSHEN, IN 46528


PYRAMID1 INC.
PO BOX 463
19260 C.R. 46
NEW PARIS, IN 46553


RAILWAY AGE
20 SOUTH CLARK STREET
SUITE 1910
CHICAGO, IL 60603


RENAISSANCE FASTENERS
2740 WEST WASHINGTON BLVD.
UNIT B
BELLWOOD, IL 60104


Rockford Welding
4646 Linden Rd.
Rockford, IL 61109

ROOFOPTIONS, LLC
5712 WEATHERSTONE WAY
JOHNSBURG, IL 60051


RSM MCGLADREY, INC
20 N MARTINGALE RD, STE 500
SCHAUMBURG, IL 60173-2420


RTC SOLUTIONS, INC.
3300 SW 46TH AVE.
UNIT #2
DAVIE, IL 33314


SALVAGNINI AMERICA,INC
27 BICENTENNIAL COURT
HAMILTON, OH 45015


SAMPE
1161 PARK VIEW DRIVE
SUITE 200
COVINA, CA 91724-3751


SBC LONG DISTANCE
PO BOX 660688
DALLAS, TX 75266-0688


SHERWIN WILLIAMS
5111 N. DANSHER ROAD
COUNTRYSIDE, IL 60525-6905


SIERRA PACIFIC
3144 E. MARIA STREET
RANCHO DOMINGUEZ, CA 90221


SIGMATEK SYSTEMS, LLC
1445 KEMPER MEADOW DRIVE
CINCINNATI, OH 45240


SIMMONS-BOARDMAN PUBLISHING CORP.
20 S. CLARK STREET
SUITE 2450
CHICAGO,, IL 60603

SKOL MANUFACTURING
4444 N. RAVENSWOOD AVENUE
CHICAGO, IL 60640


SMITH, ARTHUR DAVID
P.O. BOX 696
SUNAPEE, NH 03872


SPECIALTY ROLLED METALS
457 ST.PAUL BLVD.
CAROL STREAM, IL 60188


SPRINGS MAGAZINE
2001 MIDWEST ROAD
SUITE 106
OAK BROOK, IL 60523-1335


STAN'S OFFICE MACHINES INC
1375 W EASTWOOD DRIVE
PO BOX 1249
WOODSTOCK, IL 60098


STEINER ELECTRIC COMPANY
4210 GROVE AVENUE
GURNEE, IL 60031


STEINER ELECTRIC COMPANY
5902 MATERIAL AVENUE
ROCKFORD, IL 61130


STEINER ELECTRIC COMPANY
1250 TOUHY AVENUE
ELK GROVE VILLAGE, IL 60007


SUPERIOR CRANE CORPORATION
208 WILMONT DRIVE
WAUKESHA, WI 53189


Synter Resource Group LLC
POB 1041
Ashland, VA 23005-4041

Synter Resource Group LLC
POB 63247
5935 Rivers Ave., Ste. 102
North Charleston, SC 29419-3247


TAPEWORKS
2285 AVENUE A
BETHLEHEM, PA 18017


TDS DOOR
27992 W. IL HWY 120
UNIT 132
LAKEMOOR, IL 60051


THE WIPER CONNECTION
24 BISHOPS FOREST DRIVE
WALTHAM, MA 02452


THOMASNET
FIVE PENN PLAZA
NEW YORK, NY 10001


THYSSEN DOVER ELEVATOR CO
355 EISENHOWER LANE SOUTH
LOMBARD, IL 60148


TRANSTECTOR SYSTEMS INC
10701 AIRPORT DRIVE
HAYDEN LAKE, ID 83835


U.S. ARCHITECTURAL PRODUCTS
P.O. BOX 1914
FAIRVIEW, NC 28730


U.S. IGNITION
P.O. BOX 85
224 N. MAIN
CHADWICK, IL 61014


UNDERWRITERS LABORATORIES INC
333 PFINGSTEN ROAD
NORTHBROOK, IL 60062

```
UNITED PARCEL SERVICE
PO BOX 505820
THE LAKES, NV 88905-5820


Wholesale Collectors Association
POB 48146
Niles, IL 60714


WIESER CONCRETE PRODUCTS, INC.
W3716 HIGHWAY 10
MAIDEN ROCK, WI 54750


WOODSTOCK LUMBER COMPANY
1101 LAKE AVENUE
WOODSTOCK, IL 60098


WOOLF DISTRIBUTING
8550 RIDGEFIELD ROAD
CRYSTAL LAKE, IL 60012


Working World
c/o Richard Wenzel
14 North Walkup Ave.
Crystal Lake, IL 60014


Working World
c/o Steven G. English
20 North Walkup Ave.
Crystal Lake, IL 60014


WORKING WORLD INC
PO BOX 1768
CRYSTAL LAKE, IL 60014-1768


WW GRAINGER INC
475 EAST ALGONQUIN ROAD
ARLINGTON HEIGHTS, IL 60005
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Precision Quincy Corp.**                    Case No.
                               Debtor(s)         Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Precision Quincy Corp.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 19, 2013** | **/s/ John A. Lipinsky** |
| Date | **John A. Lipinsky 6207678** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Precision Quincy Corp.** |
| | **Coman & Anderson, P.C.** |
| | **650 Warrenville Road** |
| | **Suite 500** |
| | **Lisle, IL 60532** |
| | **630/428-2660 Fax:630/428-2549** |
| | **khaskell@comananderson.com** |